UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL DEVON WHEAT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CONNIE GIPSON, et al.,<br><br>　　　　　Respondents. | No. 1:25-cv-00624-SKO (HC)<br><br>**ORDER DIRECTING CLERK OF COURT TO SERVE PETITIONER'S MOTION FOR STAY ON RESPONDENT**<br><br>**[Doc. 2]**<br><br>**ORDER DIRECTING RESPONDENT TO FILE A RESPONSE TO PETITIONER'S MOTION FOR STAY**<br><br>**[THIRTY-DAY DEADLINE]** |

Petitioner is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed the instant habeas petition on May 27, 2025. (Doc. 1.) Contemporaneously with his petition, Petitioner filed a motion to stay the proceedings pending exhaustion of state remedies. (Doc. 2.) The Court finds that briefing by the parties is necessary for resolution of the motion.

Accordingly, IT IS HEREBY ORDERED:

1) The Clerk of Court is DIRECTED to serve a copy of Petitioner's motion (Doc. 2) on Respondent;

2) Respondent is DIRECTED to file an opposition or non-opposition to the motion within thirty (30) days of the date of service of this order;

1

3) Petitioner may file a reply to the opposition, if any, within thirty (30) days of its date of service.

IT IS SO ORDERED.

Dated:    **May 29, 2025**                                  /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE