1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **EASTERN DISTRICT OF CALIFORNIA**
10

11   DARNELL DEVON WHEAT,                    Case No. 1:25-cv-0624 JLT SKO (HC)

12                 Petitioner,               ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS AND DENYING
13          v.                               PETITIONER'S MOTION FOR STAY AND
                                             ABEYANCE
14
     CONNIE GIPSON, et al.,                  (Docs. 2, 10)
15
                  Respondents.               ORDER DIRECTING PETITIONER TO
16                                           REQUEST DISMISSAL OF UNEXHAUSTED
                                             CLAIMS OR DISMISSAL OF HIS PETITION
17                                           WITHIN 21 DAYS

18

19          Darnell Devon Wheat is a state prisoner proceeding *pro se* and *in forma pauperis* with a

20   petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner filed a motion for stay

21   and abeyance pending exhaustion of state remedies on two claims.  (Doc. 2.)  Respondent

22   opposed the motion to stay.  (Doc. 6.)

23          The assigned magistrate judge found "Petitioner does not provide any reason for a stay,

24   other than to suggest he recently discovered his claims," which concern an undisclosed ski mask

25   in law enforcement custody and dismissal of the gang-imposed enhancement for a co-defendant.

26   (Doc. 10 at 3; *see also* Doc. 1.)  The magistrate judge also noted that to the extent "Petitioner

27   seeks to request a discovery hearing concerning a ski mask[,]" such a motion does "not toll the

28   limitations period."  (*Id.*, citing *Ramirez v. Yates*, 571 F.3d 993, 1000 (9th Cir. 2009).)  The

                                             1

1   magistrate judge determined that "Petitioner fails to demonstrate that the claims are potentially

2   meritorious." (*Id.* at 3.) Further, the magistrate judge found Petitioner did not show good cause

3   to support the request. (*Id.* at 3-4.) Therefore, the magistrate judge recommended the Court deny

4   the motion for a stay. (*Id.* at 4.)

5   The Court served the Findings and Recommendations on all parties and notified Petitioner

6   that any objections were due within 21 days. (Doc. 10.) The Court advised the parties that the

7   "failure to file objections within the specified time may result in the waiver of rights on appeal."

8   (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Petitioner did not file

9   objections, and the time to do so has passed.

10  According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case.

11  Having carefully reviewed the matter, the Court concludes the Findings and Recommendations

12  are supported by the record and proper analysis. Petitioner fails to show good cause for a stay of

13  his unexhausted claims.

14  Petitioner now has two choices to cure the inclusion of unexhausted claims in his petition:

15  (1) Petitioner may request dismissal of the unexhausted and non-cognizable claims from the

16  petition, and the petition will proceed on his claim concerning the DNA results; <u>or</u> (2) Petitioner

17  may request dismissal of the petition and return to state court to exhaust the additional claims for

18  relief. *See Jefferson v. Budge*, 419 F.3d 1013, 1016 (9th Cir. 2005); *Butler v. Long*, 752 F.3d

19  1177, 1191 (9th Cir. 2014). If Petitioner chooses dismissal of the petition, the dismissal would be

20  without prejudice to returning to federal court once exhaustion is complete. However, the Court

21  expresses no opinion on the effects of the statute of limitations.

22  Based upon the foregoing, the Court **ORDERS**:

23  1.    The Findings and Recommendations issued on July 23, 2025 (Doc. 10) are

24  **ADOPTED** in full.

25  2.    Petitioner motion for stay and abeyance of the petition for writ of habeas corpus

26  (Doc. 2) is **DENIED**.

27  ///

28  ///

2

3.    **Within 21 days** of the date of service of this order, Petitioner **SHALL** file either: (1) a request for dismissal of unexhausted claims; **or** (2) a request for dismissal of the petition without prejudice.

IT IS SO ORDERED.

Dated:   **August 29, 2025**

UNITED STATES DISTRICT JUDGE